**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM SIM SPENCER,

      Plaintiff,                          Case No. 05-72057

v.                                     District Judge
                                         Arthur J. Tarnow
SOCIAL SECURITY ADMINISTRATION,

      Defendant.
_____/

**ORDER DENYING PLAINTIFF'S OBJECTIONS [DE 8], DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT [DE 6], ADOPTING REPORT AND RECOMMENDATION [DE 7] AND DISMISSING COMPLAINT**

Plaintiff's complaint alleges that the Social Security Administration cannot collect social security taxes from him because his relationship to the administration is based on an invalid contract of adhesion. This Court referred the case to the Magistrate Judge for Report and Recommendation (R&R). The Magistrate Judge filed a R&R recommending that Plaintiff's complaint be dismissed as frivolous under 28 U.S.C. § 1915(e).

Plaintiff filed objections to the R&R and a proposed amended complaint. Plaintiff's objections are without merit. Plaintiff's proposed amended complaint is frivolous. Therefore,

IT IS HEREBY ORDERED that Plaintiff's objections [DE 8] are DENIED.

IT IS FURTHER ORDERED that Plaintiff's motion to amend [DE 6] is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation is ADOPTED as the findings and conclusions of the Court.

05-72057

    IT IS FURTHER ORDERED that Plaintiff's complaint is dismissed.

    SO ORDERED.

                       s/Arthur J. Tarnow
                       Arthur J. Tarnow
                       United States District Judge

Dated:  March 16, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2006, by electronic and/or ordinary mail.

                       s/Theresa E. Taylor
                       Case Manager